# ELECTRONIC RECORD



1584-14
1585-14

COA # 02-13-00406-CR          OFFENSE: 22.021

STYLE: Charles Edward Pair, Jr. v. The State of Texas          COUNTY: Young

COA DISPOSITION:     AFFIRM          TRIAL COURT: 90th District Court

DATE: 11/13/2014          Publish: NO    TC CASE #:     09398

# IN THE COURT OF CRIMINAL APPEALS

1585-14
1584-14

STYLE: Charles Edward Pair, Jr. v. The State of Texas          CCA #: _____

____APPELLANT'S____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED____          JUDGE: _____

DATE: 02/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD